```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    SYLVIA R. EWALD (Cal. Bar No. 300267)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0717
 7       Facsimile: (213) 894-0141
         E-mail:    sylvia.ewald@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 18-00225-RGK-2 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS COUNTS OF THE INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| SERAFINE EPPLER, | |
| Defendants. | |

The Court has read and considered the Government's Motion to Dismiss Counts One, Three, Four, Five, and Six of the Indictment in the above-referenced case, filed February 4, 2019. The Court finds that it is in the interest of justice to dismiss Counts One, Three, Four, Five, and Six the above-referenced Indictment as to defendant

//

//

SERAFINE EPPLER ("defendant").  Accordingly, IT IS HEREBY ORDERED that Counts One, Three, Four, Five, and Six of the Indictment are dismissed as to defendant in the interest of justice.

   IT IS SO ORDERED.

February 05, 2019
DATE

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
SYLVIA R. EWALD
Assistant United States Attorney